

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2015

No. 04-14-00796-CV

**LOCKHILL VENTURES, LLC**,
Appellant

v.

**ARD MOR, INC**., Texas Ardmor Properties, LP, and Texas Ardmore Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of Time to file Brief is hereby GRANTED. The Appellant's Brief is due January 30, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2015.

_____
Keith E. Hottle
Clerk of Court